**Opinion issued September 15, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00437-CV

————————————

**SABER CONSTRUCTION, INC., Appellant**

**V.**

**HECTOR'S STEEL CO., Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-57804**

---

## MEMORANDUM OPINION

Appellant, Saber Construction, Inc., has filed a motion to dismiss its appeal, stating that the parties have settled. *See* TEX. R. APP. P. 42.1(a)(1). Although the motion does not contain a certificate of conference, the motion contains a certificate of service on the appellee and more than ten days have passed with no

response filed.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.